UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE CAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05-CV-566 (CEJ) |
| ) | |
| TODD MOODY and ) | |
| REBECCA CARAWAY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on plaintiff's request for discovery or, alternatively, motion to compel. The defendants have not filed a response.

The plaintiff's request is for production of documents by the defendants. Rule 26-3.02 of this Court's local rules provides that discovery material shall not be filed, except as an exhibit to a motion. Also, it does not appear that plaintiff submitted the document request to the defendants before seeking an order compelling them produce the documents. Even if the request was submitted to the defendants and they have not responded to it, the motion to compel does not contain a statement that plaintiff has first made good faith and reasonable efforts to resolve the dispute with the defendants, as required by Local Rule 37-3.04(A).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for discovery or, alternatively, to compel [#21] is **denied.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com