UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE CAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:05-CV-566 (CEJ) |
| | ) |
| TODD MOODY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of December, 2006.